**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
SAN DIEGO JUDICIAL DISTRICT
330 West Broadway, San Diego, CA. 92101

## NOTICE OF ENTRY OF JUDGMENT

**FILED**
JUL 1 1 2006
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Title (Abbreviated)  Case No. IC793175
Spink  vs.  Kevin Barkal M.D.; San Diego Pain Management Consultants, Inc.

**YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE:**

That on **July 26, 2002,** in the San Diego Superior Court, judgment was entered
in favor of: **Joshua Spink**
and against: **Kevin Barkal M.D. d.b.a. Pain Management Group; San Diego Pain Management Consultants, Inc.**

| | |
|---|---|
| Principal | $ **6,458.82** |
| Attorney Fees | $_____ |
| Interest | $_____ |
| Costs | $_____ |
| Total | $ **6,458.82** |

CLERK OF THE COURT
By: _____ARLENE L. SCHMIDT_____ Deputy

| Attorney for Plaintiff/Plaintiff | Labor Commissioner, State of California |
|---|---|
| Joshua Spink<br>2930 C Street Apt D<br>San Diego, CA 92102 | Dept. of Industrial Relations<br>Labor Standards Enforcement<br>7575 Metropolitan Dr., Ste. 210<br>San Diego, CA 92108 |

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a copy of the foregoing was mailed first class, postage prepaid, at San Diego, CA., in a sealed envelope, to the addressed parties, as shown, and that the mailing of the foregoing and execution of this certificate occurred on the date shown below. [CCP 1013a (4)]

July 29, 2002

CLERK OF THE COURT
By: _____ARLENE L. SCHMIDT_____ Deputy

| Attorney for Defendant/Defendant | NOTICE RE EXHIBITS |
|---|---|
| P Kevin Barkal, CEO & Agent<br>Kevin Barkal M.D. indiv.and dba Pain Management Group<br>San Diego Pain Management Consultants, Inc.<br>205 S. Helix Ave<br>Solana Beach, CA 92075<br><br>David Rosenberg<br>Wells Fargo Plaza<br>401 B Street Ste 2209<br>San Diego, CA 92101 | If no appeal is filed, the Court may, on its own motion, order exhibits or depositions destroyed after 60 days from the expiration of the appeal time.<br>[CCP 1952]. |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Richard or Jane Cavin dba Recover & Discover Co.<br>P.O. Box 2390<br>Oakhurst, CA 93644 | 559-641-6300 | FILED<br>JUL 11 2006<br>At_____M<br>STEPHEN R. LUDWIG, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA |
| ATTORNEY FOR *(Name)*: Assignee of Record | | |

Name of Court: United States District Court Northern District of IN
Street Address: County of Lake
Mailing Address: 5400 Federal Plaza
City and Zip Code: Hammond, IN 46320
Branch Name: Hammond Division

Plaintiff: Spink, Joshua
Defendant: Barkal M D, Kevin Dba Pain Management Group
San Diego Pain Management Consultants Inc.

**APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**
☒ AND ISSUANCE OF WRIT OF EXECUTION OR OTHER ENFORCEMENT
☐ AND ORDER FOR ISSUANCE OF WRIT OR OTHER ENFORCEMENT

CASE NUMBER:

Judgment creditor applies for entry of a judgment based upon a sister-state judgment as follows:

1. Judgment creditor *(name and address)*: Joshua Spink c/o
   Recover and Discover Company
   P.O. Box 2390, Oakhurst, CA 93644
   Assignee of Record

2. a. Judgment debtor *(name)*: Kevin Barkal M D dba Pain Management Group and San Diego Pain Management Consultants Inc.
   ☒ An individual *(last known residence address)*: 8445 Oakwood Ave.
   Munster, IN 46321-1914

   c. ☐ A corporation of *(specify place of incorporation)*:
      X
      (1) ☐ Foreign corporation
         ☐ has qualified to do business in California
         ☐ has not qualified to do business in California

   d. ☐ A partnership *(specify principal place of business)*:

      (1) ☐ Foreign partnership which
         ☐ has filed a statement under Corp C 15700
         ☐ has not filed a statement under Corp C 15700

3. a. Sister state *(name)*: CALIFORNIA

   b. Sister-state court *(name and location)*: Superior Court of California
      330 West Broadway, San Diego, CA 92101
   c. Judgment entered in sister state on *(date)*: July 26, 2002

4. **An authenticated copy of the sister-state judgment is attached to this application.** Include accrued interest on the sister-state judgment in the California judgment (item 5c).
   a. Annual interest rate allowed by sister state *(specify)*: 10%

   b. Law of sister state establishing interest rate *(specify)*: CAL. Code of Civil Procedure 685.010

5. a. Amount remaining unpaid on sister-state judgment: .............................................. $ 6458.82
   b. Amount of filing fee for the application: ............................................................... $ 39.00
   c. Accrued interest on sister-state judgment: .......................................................... $ 2523.36

   d. Amount of judgment to be entered *(total of 5a, b, and c)*: .................................. $ 9021.18

(Continued on reverse)

| Form Approved by the<br>Judicial Council of California<br>EJ-105 [Rev. July 1, 1983] | **APPLICATION FOR ENTRY OF JUDGMENT ON<br>SISTER-STATE JUDGMENT** | CCP 1710.15<br>1710.20 |

6. ☐ Judgment creditor also applies for issuance of a writ of execution or enforcement by other means before service of notice of entry of judgment as follows:

   a. ☐ Under CCP 1710.45(b).

   b. ☐ A court order is requested under CCP 1710.45(c). Facts showing that great or irreparable injury will result to judgment creditor if issuance of the writ or enforcement by other means is delayed are set forth as follows:

   ☐ continued in attachment 6b.

7. An action in this state on the sister-state judgment is not barred by the statute of limitations.

8. I am informed and believe that no stay of enforcement of the sister-state judgment is now in effect in the sister state.

9. No action is pending and no judgment has previously been entered in any proceeding in California based upon the sister-state judgment.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct except as to those matters which are stated to be upon information and belief, and as to those matters I believe them to be true.

   Date: June 21, 2006

   Richard Cavin
   (TYPE OR PRINT NAME)                                    (SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

EJ-105 [New July 1, 1983]     **APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**     Page two

Electronic Form Copyright © 1995
Fresno LaserGraphic

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Richard or Jane Cavin dba Recover & Discover Co.<br>P.O. Box 2390<br>Oakhurst, CA  93644<br><br>ATTORNEY FOR *(Name)*: Assignee of Record | TELEPHONE NO.:<br>559-641-6300 | FOR COURT USE ONLY |
|---|---|---|
| Name of Court: United States District Court Northern District of IN<br>Street Address:  County of Lake<br>Mailing Address: 5400 Federal Plaza<br>City and Zip Code: Hammond, IN 46320<br>Branch Name:  Hammond Division | | |
| Plaintiff:  Spink, Joshua<br>Defendant:  Barkal M D, Kevin Dba Pain Management Group<br>San Diego Pain Management Consultants Inc. | | |
| **APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**<br>☒ AND ISSUANCE OF WRIT OF EXECUTION OR OTHER ENFORCEMENT<br>☐ AND ORDER FOR ISSUANCE OF WRIT OR OTHER ENFORCEMENT | CASE NUMBER: | |

Judgment creditor applies for entry of a judgment based upon a sister-state judgment as follows:

1. Judgment creditor *(name and address)*: Joshua Spink c/o
   Recover and Discover Company
   P.O. Box 2390, Oakhurst, CA  93644
   Assignee of Record

2. a. Judgment debtor *(name)*: Kevin Barkal M D dba Pain Management Group and San Diego Pain Management Consultants Inc.
   ☒ An individual *(last known residence address)*:   8445 Oakwood Ave.
                                                       Munster, IN 46321-1914

   c. ☐  A corporation of *(specify place of incorporation)*:
      X
      (1) ☐  Foreign corporation
           ☐ has qualified to do business in California
           ☐ has not qualified to do business in California

   d. ☐  A partnership *(specify principal place of business)*:

      (1) ☐  Foreign partnership which
           ☐ has filed a statement under Corp C 15700
           ☐ has not filed a statement under Corp C 15700

3. a. Sister state *(name)*: CALIFORNIA

   b. Sister-state court *(name and location)*: Superior Court of California
      330 West Broadway, San Diego, CA 92101
   c. Judgment entered in sister state on *(date)*: July 26, 2002

4. **An authenticated copy of the sister-state judgment is attached to this application.** Include accrued interest on the sister-state judgment in the California judgment (item 5c).
   a. Annual interest rate allowed by sister state *(specify)*:  10%

   b. Law of sister state establishing interest rate *(specify)*: CAL. Code of Civil Procedure 685.010

5. a. Amount remaining unpaid on sister-state judgment:............................................. $   6458.82
   b. Amount of filing fee for the application:................................................................ $     39.00
   c. Accrued interest on sister-state judgment:.......................................................... $   2523.36

   d. Amount of judgment to be entered *(total of 5a, b, and c)*:................................... $   9021.18

(Continued on reverse)

| Form Approved by the<br>Judicial Council of California<br>EJ-105 [Rev. July 1, 1983] | **APPLICATION FOR ENTRY OF JUDGMENT ON<br>SISTER-STATE JUDGMENT** | CCP 1710.15<br>1710.20 |
|---|---|---|

6. ☐ Judgment creditor also applies for issuance of a writ of execution or enforcement by other means before service of notice of entry of judgment as follows:

   a. ☐ Under CCP 1710.45(b).

   b. ☐ A court order is requested under CCP 1710.45(c). Facts showing that great or irreparable injury will result to judgment creditor if issuance of the writ or enforcement by other means is delayed are set forth as follows:

☐ continued in attachment 6b.

7. An action in this state on the sister-state judgment is not barred by the statute of limitations.

8. I am informed and believe that no stay of enforcement of the sister-state judgment is now in effect in the sister state.

9. No action is pending and no judgment has previously been entered in any proceeding in California based upon the sister-state judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct except as to those matters which are stated to be upon information and belief, and as to those matters I believe them to be true.

Date: June 21, 2006

Richard Cavin
(TYPE OR PRINT NAME)

⇒ [signature]
(SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

EJ-105 [New July 1, 1983]     **APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**     Page two

Electronic Form Copyright © 1995
Fresno LaserGraphic

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Richard or Jane Cavin dba Recover & Discover Co.<br>P.O. Box 2390<br>Oakhurst, CA 93644<br><br>ATTORNEY FOR *(Name)*: Assignee of Record | TELEPHONE NO.:<br>559-641-6300 | FOR COURT USE ONLY |
|---|---|---|
| Name of Court: United States District Court Northern District of IN<br>Street Address:  County of Lake<br>Mailing Address: 5400 Federal Plaza<br>City and Zip Code: Hammond, IN 46320<br>Branch Name:  Hammond Division | | |
| Plaintiff:         Spink, Joshua<br>Defendant:      Barkal M D, Kevin Dba Pain Management Group<br>                       San Diego Pain Management Consultants Inc. | | |
| **APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**<br>☒ **AND ISSUANCE OF WRIT OF EXECUTION OR OTHER ENFORCEMENT**<br>☐ **AND ORDER FOR ISSUANCE OF WRIT OR OTHER ENFORCEMENT** | CASE NUMBER: | |

Judgment creditor applies for entry of a judgment based upon a sister-state judgment as follows:
1. Judgment creditor *(name and address)*: Joshua Spink c/o
   Recover and Discover Company
   P.O. Box 2390, Oakhurst, CA  93644
   Assignee of Record
2. a. Judgment debtor *(name)*: Kevin Barkal M D dba Pain Management Group and San Diego Pain Management Consultants Inc.
   ☒ An individual *(last known residence address)*:   8445 Oakwood Ave.
                                                        Munster, IN 46321-1914
   c. ☐  A corporation of *(specify place of incorporation)*:
      X
      (1) ☐  Foreign corporation
          ☐ has qualified to do business in California
          ☐ has not qualified to do business in California

   d. ☐  A partnership *(specify principal place of business)*:

      (1) ☐  Foreign partnership which
          ☐ has filed a statement under Corp C 15700
          ☐ has not filed a statement under Corp C 15700

3. a. Sister state *(name)*: CALIFORNIA

   b. Sister-state court *(name and location)*: Superior Court of California
      330 West Broadway, San Diego, CA 92101
   c. Judgment entered in sister state on *(date)*: July 26, 2002

4. **An authenticated copy of the sister-state judgment is attached to this application.** Include accrued interest on the sister-state judgment in the California judgment (item 5c).
   a. Annual interest rate allowed by sister state *(specify)*:  **10**%

   b. Law of sister state establishing interest rate *(specify)*: CAL. Code of Civil Procedure 685.010

5. a. Amount remaining unpaid on sister-state judgment:............................................... $   6458.82
   b. Amount of filing fee for the application: ............................................................... $     39.00
   c. Accrued interest on sister-state judgment:........................................................... $   2523.36
   ...............................................
   d. Amount of judgment to be entered *(total of 5a, b, and c)*:.................................. $   <u>9021.18</u>

*(Continued on reverse)*

| Form Approved by the<br>Judicial Council of California<br>EJ-105 [Rev. July 1, 1983] | **APPLICATION FOR ENTRY OF JUDGMENT ON<br>SISTER-STATE JUDGMENT** | CCP 1710.15<br>1710.20 |
|---|---|---|

6. ☐ Judgment creditor also applies for issuance of a writ of execution or enforcement by other means before service of notice of entry of judgment as follows:

   a. ☐ Under CCP 1710.45(b).

   b. ☐ A court order is requested under CCP 1710.45(c). Facts showing that great or irreparable injury will result to judgment creditor if issuance of the writ or enforcement by other means is delayed are set forth as follows:

   ☐ continued in attachment 6b.

7. An action in this state on the sister-state judgment is not barred by the statute of limitations.

8. I am informed and believe that no stay of enforcement of the sister-state judgment is now in effect in the sister state.

9. No action is pending and no judgment has previously been entered in any proceeding in California based upon the sister-state judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct except as to those matters which are stated to be upon information and belief, and as to those matters I believe them to be true.

Date: June 21, 2006

Richard Cavin
(TYPE OR PRINT NAME)                                            (SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

EJ-105 [New July 1, 1983]    **APPLICATION FOR ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT**    Page two

Electronic Form Copyright © 1995
Fresno LaserGraphic

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Richard or Jane Cavin dba Recover & Discover Co.<br>P.O. Box 2390<br>Oakhurst, CA   93644<br><br>ATTORNEY FOR *(Name)*:   Assignee of Record | 559-641-6300 | |

| NAME OF COURT    United States District Court Northern District of Indiana |
|---|
| STREET ADDRESS:        5400 Federal Plaza |
| MAILING ADDRESS: |
| CITY AND ZIP CODE      Hammond, IN 46320 |
| BRANCH NAME:         Hammond Division |

| PLAINTIFF:         Spink, Joshua |
|---|
| DEFENDANT:    Barkal M D, Kevin dba Pain Management Group<br>San Diego Pain Management Consultants, Inc. |

| **NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT** | CASE NUMBER: |
|---|---|

1. TO JUDGMENT DEBTOR *(name)*: Kevin Barkal M D dba Pain Management Group
   San Diego Pain Management Consultants Inc
2. YOU ARE NOTIFIED
   a. Upon application of the judgment creditor, a judgment against you has been entered in this court as follows:
      (1) Judgment creditor *(name)*: Joshua Spink c/o Recover & Discover Co.

      (2) Amount of judgment entered in this court: $ 9021.18

   b. This judgment was entered based upon a sister-state judgment previously entered against you as follows:
      (1) Sister state *(name)*: California

      (2) Sister-state court *(name and location)*: Superior Court of California
         330 West Broadway, San Diego, CA 92101
      (3) Judgment entered in sister state on *(date)*: July 26, 2002

      (4) Title of case and case number *(specify)*: Spink / Barkal M D
                                                     IC793175

3. **A sister-state judgment has been entered against you in a California court. Unless you file a motion to vacate the judgment in this court within 30 DAYS after service of this notice, this judgment will be final.**

   **This court may order that a writ of execution or other enforcement may issue. Your wages, money, and property could be taken without further warning from the court.**

   **If enforcement procedures have already been issued, the property levied on will not be distributed until 30 days after you are served with this notice.**

Date:                                               Clerk, by_____, Deputy

4. ☐ NOTICE TO THE PERSON SERVED: You are served
   a. ☒ as an individual judgment debtor.
   b. ☐ under the fictitious name of *(specify)*:

   [SEAL]

   c. ☐ on behalf of *(specify)*:

   Under:
   ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☒ CCP 416.90 (individual)
   ☐ other:

   *(Proof of service on reverse)*

| Form Approved by the<br>Judicial Council of California<br>EJ-110 [Rev. July 1, 1983] | **NOTICE OF ENTRY OF JUDGMENT ON<br>SISTER-STATE JUDGMENT<br>PROOF OF SERVICE** | CCP 1710.130, 1710.40<br>1710.45 |
|---|---|---|

1. I served the Notice of Entry of Judgment on Sister-State Judgment as follows:
   a. on judgment debtor *(name)*: Kevin Barkal M D dba Pain Management Group
   b. by serving   ☒ judgment debtor   ☐ other *(name and title or relationship to person served)*:

   c. ☒ by mailing   ☒ at home   ☐ at business
      (1) date: June 21, 2006
      (2) time: deposited at Oakhurst Post Office at 10:00 am
      (3) address:   8445 Oakwood Ave., Munster , IN 46321-1914

   d. ☐ by delivery
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ **Personal service.** By personally delivering copies. (CCP 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☒ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP 415.30) *(Attach completed acknowledgment of receipt.)*
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ Other *(specify code section)*:
      ☐ Additional page is attached.

3. The "Notice to the Person Served" was completed as follows:
   a. ☒ as an individual judgment debtor.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ on behalf of *(specify)*:
      under:  ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)        ☐ other:
              ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)

4. At the time of service I was at least 18 years of age and not a party to this action.
5. Fee for service: $ 0.00
6. Person serving: Jamie Lewis
   a. ☐ California sheriff, marshal, or constable.
   b. ☐ Registered California process server.
   c. ☐ Employee or independent contractor of a registered California process server.
   d. ☒ Not a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code 22350(b).

   f. Name, address and telephone number and if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date: June 21, 2006

➡ *(signature)*
(SIGNATURE)

Date:

➡
(SIGNATURE)

Electronic Form Copyright © 1995
Fresno LaserGraphics

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Richard or Jane Cavin dba Recover & Discover Co. <br> P.O. Box 2390 <br> Oakhurst, CA 93644 <br><br> ATTORNEY FOR *(Name)*: Assignee of Record | TELEPHONE NO.: <br> 559-641-6300 | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT United States District Court Northern District of Indiana <br> STREET ADDRESS: 5400 Federal Plaza <br> MAILING ADDRESS: <br> CITY AND ZIP CODE Hammond, IN 46320 <br> BRANCH NAME: Hammond Division | | |
| PLAINTIFF: Spink, Joshua <br> DEFENDANT: Barkal M D, Kevin dba Pain Management Group <br> San Diego Pain Management Consultants, Inc. | | |
| **NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT** | CASE NUMBER: | |

1. TO JUDGMENT DEBTOR *(name)*: Kevin Barkal M D dba Pain Management Group
   San Diego Pain Management Consultants Inc
2. YOU ARE NOTIFIED
   a. Upon application of the judgment creditor, a judgment against you has been entered in this court as follows:
      (1) Judgment creditor *(name)*: Joshua Spink c/o Recover & Discover Co.

      (2) Amount of judgment entered in this court: $ 9021.18

   b. This judgment was entered based upon a sister-state judgment previously entered against you as follows:
      (1) Sister state *(name)*: California

      (2) Sister-state court *(name and location)*: Superior Court of California
          330 West Broadway, San Diego, CA 92101
      (3) Judgment entered in sister state on *(date)*: July 26, 2002

      (4) Title of case and case number *(specify)*: Spink / Barkal M D
          IC793175

3. **A sister-state judgment has been entered against you in a California court. Unless you file a motion to vacate the judgment in this court within 30 DAYS after service of this notice, this judgment will be final.**

   **This court may order that a writ of execution or other enforcement may issue. Your wages, money, and property could be taken without further warning from the court.**

   **If enforcement procedures have already been issued, the property levied on will not be distributed until 30 days after you are served with this notice.**

Date: _____ Clerk, by _____, Deputy

4. ☐ NOTICE TO THE PERSON SERVED: You are served
   a. ☒ as an individual judgment debtor.
   b. ☐ under the fictitious name of *(specify)*:

   [SEAL]

   c. ☐ on behalf of *(specify)*:

   Under:
   ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☒ CCP 416.90 (individual)
   ☐ other:

   *(Proof of service on reverse)*

Form Approved by the <br> Judicial Council of California <br> EJ-110 [Rev. July 1, 1983]

**NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT <br> PROOF OF SERVICE**

CCP 1710.130, 1710.40 <br> 1710.45

1. I served the Notice of Entry of Judgment on Sister-State Judgment as follows:
   a. on judgment debtor *(name)*: Kevin Barkal M D dba Pain Management Group
   b. by serving   ☒ judgment debtor   ☐ other *(name and title or relationship to person served)*:

   c. ☒ by mailing  ☒ at home  ☐ at business
      (1) date: June 21, 2006
      (2) time: deposited at Oakhurst Post Office at 10:00 am
      (3) address:  8445 Oakwood Ave., Munster , IN 46321-1914

   d. ☐ by delivery
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ **Personal service.** By personally delivering copies. (CCP 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b))  *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☒ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP 415.30)  *(Attach completed acknowledgment of receipt.)*
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40)  *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ Other *(specify code section)*:
      ☐ Additional page is attached.

3. The "Notice to the Person Served" was completed as follows:
   a. ☒ as an individual judgment debtor.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ on behalf of *(specify)*:
      under:  ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)         ☐ other:
              ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)

4. At the time of service I was at least 18 years of age and not a party to this action.
5. Fee for service: $ 0.00
6. Person serving: Jamie Lewis
   a. ☐ California sheriff, marshal, or constable.           f. Name, address and telephone number and if applicable,
   b. ☐ Registered California process server.                  county of registration and number:
   c. ☐ Employee or independent contractor of a registered
        California process server.
   d. ☒ Not a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code
        22350(b).

I declare under penalty of perjury under the laws of the State   *(For California sheriff, marshal, or constable use only)*
of California that the foregoing is true and correct.            I certify that the foregoing is true and correct.

Date: June 21, 2006                                              Date:

➡ */s/ Jamie Lewis*                                              ➡
_____                                  _____
          (SIGNATURE)                                                       (SIGNATURE)

Electronic Form Copyright © 1995
Fresno LaserGraphics

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Richard or Jane Cavin dba Recover & Discover Co.<br>P.O. Box 2390<br>Oakhurst, CA   93644 | 559-641-6300 | |
| ATTORNEY FOR *(Name)*:   Assignee of Record | | |
| NAME OF COURT   United States District Court Northern District of Indiana<br>STREET ADDRESS:      5400 Federal Plaza<br>MAILING ADDRESS:<br>CITY AND ZIP CODE      Hammond, IN 46320<br>BRANCH NAME:        Hammond Division | | |
| PLAINTIFF:       Spink, Joshua<br>DEFENDANT:   Barkal M D, Kevin dba Pain Management Group<br>                          San Diego Pain Management Consultants, Inc. | | |
| **NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT** | CASE NUMBER: | |

1. TO JUDGMENT DEBTOR *(name)*: Kevin Barkal M D dba Pain Management Group San Diego Pain Management Consultants Inc
2. YOU ARE NOTIFIED
   a. Upon application of the judgment creditor, a judgment against you has been entered in this court as follows:
      (1) Judgment creditor *(name)*: Joshua Spink c/o Recover & Discover Co.

      (2) Amount of judgment entered in this court: $  9021.18

   b. This judgment was entered based upon a sister-state judgment previously entered against you as follows:
      (1) Sister state *(name)*: California

      (2) Sister-state court *(name and location)*: Superior Court of California
           330 West Broadway, San Diego, CA 92101
      (3) Judgment entered in sister state on *(date)*: July 26, 2002

      (4) Title of case and case number *(specify)*: Spink / Barkal M D
                                                     IC793175

3. **A sister-state judgment has been entered against you in a California court. Unless you file a motion to vacate the judgment in this court within 30 DAYS after service of this notice, this judgment will be final.**

   **This court may order that a writ of execution or other enforcement may issue.  Your wages, money, and property could be taken without further warning from the court.**

   **If enforcement procedures have already been issued, the property levied on will not be distributed until 30 days after you are served with this notice.**

Date:                                                    Clerk, by_____ , Deputy

4. ☐ NOTICE TO THE PERSON SERVED: You are served
   a. ☒ as an individual judgment debtor.
   b. ☐ under the fictitious name of *(specify)*:

   c. ☐ on behalf of *(specify)*:

   Under:
   ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☒ CCP 416.90 (individual)
   ☐ other:

   *(Proof of service on reverse)*

[SEAL]

Form Approved by the<br>Judicial Council of California<br>EJ-110 [Rev. July 1, 1983]

**NOTICE OF ENTRY OF JUDGMENT ON<br>SISTER-STATE JUDGMENT<br>PROOF OF SERVICE**

CCP 1710.130, 1710.40<br>1710.45

1. I served the Notice of Entry of Judgment on Sister-State Judgment as follows:
   a. on judgment debtor *(name)*: Kevin Barkal M D dba Pain Management Group
   b. by serving   ☒ judgment debtor   ☐ other *(name and title or relationship to person served)*:

   c. ☒ by mailing  ☒ at home  ☐ at business
      (1) date: June 21, 2006
      (2) time: deposited at Oakhurst Post Office at 10:00 am
      (3) address:  8445 Oakwood Ave., Munster, IN 46321-1914

   d. ☐ by delivery
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ **Personal service.** By personally delivering copies. (CCP 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b))  *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☒ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP 415.30)  *(Attach completed acknowledgment of receipt.)*
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40)  *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ Other *(specify code section)*:
      ☐ Additional page is attached.

3. The "Notice to the Person Served" was completed as follows:
   a. ☒ as an individual judgment debtor.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ on behalf of *(specify)*:
      under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)        ☐ other:
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)

4. At the time of service I was at least 18 years of age and not a party to this action.
5. Fee for service: $ 0.00
6. Person serving: Jamie Lewis
   a. ☐ California sheriff, marshal, or constable.      f. Name, address and telephone number and if applicable,
   b. ☐ Registered California process server.              county of registration and number:
   c. ☐ Employee or independent contractor of a registered
         California process server.
   d. ☒ Not a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code 22350(b).

I declare under penalty of perjury under the laws of the State    *(For California sheriff, marshal, or constable use only)*
of California that the foregoing is true and correct.             I certify that the foregoing is true and correct.

Date: June 21, 2006                                               Date:

➡ */s/ Jamie Lewis*                                                ➡ _____
       (SIGNATURE)                                                        (SIGNATURE)

Electronic Form Copyright © 1995
Fresno LaserGraphics

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Richard and Jane Cavin Dba<br>Recover and Discover Company<br>P O Box 2390<br>Oakhurst, Ca 93644<br>TELEPHONE NO.: 559-641-6300 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Assignee of Record | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS:
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA. 92101
BRANCH NAME: Central Division - Civil Division

PLAINTIFF/PETITIONER: Joshua Spink,

PETITIONER/RESPONDENT: Kevin Barkal M D, San Diego Pain Management Consultants, I

**DECLARATION**

CASE NUMBER: IC793175

Public records, including but not limited to Experian, reflect a current post office address for Defendant of Kevin Barkal M D, D B A: Pain Management Group, 8445 Oakwood Ave., Munster, IN 46321-1914.

Recover and Discover Company, as the Assignee of Record on this case, is now the current Creditor. Our mailing address is P.O. Box 2390, Oakhurst, CA 93644.

The California judgment (case # IC793175) issued on July 26, 2002 is valid for 10 years – it will expire on July 26, 2012.

The court of origin has NOT granted a stay.

The judgment was not entered as a default.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **June 21, 2006**

(TYPE OR PRINT NAME) Richard Cavin

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify)*: Assignee of Record

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Richard and Jane Cavin Dba<br>Recover and Discover Company<br>P O Box 2390<br>Oakhurst, Ca 93644<br>TELEPHONE NO.: 559-641-6300  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Assignee of Record | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS:
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA. 92101
BRANCH NAME: Central Division - Civil Division

PLAINTIFF/PETITIONER: Joshua Spink,
PETITIONER/RESPONDENT: Kevin Barkal M D, San Diego Pain Management Consultants, I

**DECLARATION**

CASE NUMBER: IC793175

Public records, including but not limited to Experian, reflect a current post office address for Defendant of Kevin Barkal M D, D B A: Pain Management Group, 8445 Oakwood Ave., Munster, IN 46321-1914.

Recover and Discover Company, as the Assignee of Record on this case, is now the current Creditor. Our mailing address is P.O. Box 2390, Oakhurst, CA 93644.

The California judgment (case # IC793175) issued on July 26, 2002 is valid for 10 years – it will expire on July 26, 2012.

The court of origin has NOT granted a stay.

The judgment was not entered as a default.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **June 21, 2006**

(TYPE OR PRINT NAME) Richard Cavin

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Assignee of Record

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. July 1, 2005]

**DECLARATION**

Page 1 of 1

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Richard and Jane Cavin Dba Recover and Discover Company<br>P O Box 2390<br>Oakhurst, Ca 93644<br><br>TELEPHONE NO.: 559-641-6300  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Assignee of Record | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS:
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA. 92101
BRANCH NAME: Central Division - Civil Division

PLAINTIFF/PETITIONER: Joshua Spink,

PETITIONER/RESPONDENT: Kevin Barkal M D, San Diego Pain Management Consultants,

**DECLARATION**

CASE NUMBER: IC793175

Public records, including but not limited to Experian, reflect a current post office address for Defendant of Kevin Barkal M D, D B A: Pain Management Group, 8445 Oakwood Ave., Munster, IN 46321-1914.

Recover and Discover Company, as the Assignee of Record on this case, is now the current Creditor. Our mailing address is P.O. Box 2390, Oakhurst, CA 93644.

The California judgment (case # IC793175) issued on July 26, 2002 is valid for 10 years – it will expire on July 26, 2012.

The court of origin has NOT granted a stay.

The judgment was not entered as a default.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **June 21, 2006**

(TYPE OR PRINT NAME) Richard Cavin

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify)*: Assignee of Record

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. July 1, 2005]

**DECLARATION**

Page 1 of 1

Case Number: IC793175                    Case Name: JOSHUA SPINK v. KEVIN BARKAL MD et al

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.

I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on file in my office.

CORRECTED ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT, FILED ON MAY 8, 2006*************************
*********************************************************************************************************
*********************************************************************************************************
*********************************************************************************************************
*********************************************************************************************************
*********************************************************************************************************
*********************************************************************************************************

WITNESS my hand and the seal of the court this

12TH     day of JUNE                    , 2006

_____
**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

I, **JANIS SAMMARTINO**, Judge of the Superior Court of the State of California for the County of San Diego, certify that **MICHAEL RODDY** whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

IN WITNESS WHEREOF I have hereunto set my hand this

12TH     day of JUNE                    , 2006

_____
**JANIS SAMMARTINO**
Judge of the Superior Court of the State of California
for the County of San Diego

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego which is a court of record having a seal, certify that the Honorable **JANIS SAMMARTINO**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

12TH     day of JUNE                    , 2006

_____
**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

SDSC CIV-15J(Rev. 1-06)

1  Joshua Spink

2  2831 W. Sunnyside Avenue

3  Visalia, CA 93277

4  (559) 636-2493

In the Superior Court of the State of California

In and for the County of San Diego, Central Division Division

| | |
|---|---|
| Joshua Spink,<br>　　Plaintiff, | )<br>)  No. IC793175<br>) |
| vs. | )  **CORRECTED**<br>)  **ACKNOWLEDGEMENT OF ASSIGNMENT OF**<br>)  **JUDGMENT** |
| Kevin Barkal MD, DBA: Pain Mgmt Group;<br>San Diego Pain Mgmt Consultants Inc. | )  (C.C.P. § 673)<br>) |
| 　　Defendant | )<br>)  JUDGMENT ENTERED ON: July 26, 2002<br>　　Judgment was entered in the above-entitled court. |

1. I/We hereby acknowledge assignment of all the rights and title to collect the money judgment recovered in the above-entitled action, award amount is **$6458.82**.

2. Judgment Creditor:　　**Spink, Joshua**
　　　　　　　　　　　　　**2831 W. Sunnyside Avenue**
　　　　　　　　　　　　　**Visalia, CA 93277**

3. Judgment Debtor:　　**Barkal MD - Kevin DBA: Pain Mgmt Group**
　　　　　　　　　　　　**San Diego Pain Management Consultants, Inc.**
　　　　　　　　　　　　**205 S. Helix Ave.**
　　　　　　　　　　　　**Solana Beach, CA 92075**

4. Assignee:　　　　　　Richard Cavin or Jane Cavin
　　　　　　　　　　DBA: Recover and Discover Co.  (559) 641-6300
　　　　　　　　　　　　　PO Box 2390
　　　　　　　　　　　　　Oakhurst CA    93644

Acknowledgment of Assignment of Judgment

5. I hereby discharge any attorney that might have represented me in this matter and act as Pro Per owner of this judgment in making this assignment.

Dated: 3/3/06      X _____
                       Joshua Spink

Dated: _____  X _____

## ACKNOWLEDGMENT

State of California
County of __Fresno__

On __3/3/06__ before me, __Cheryl Baldwin__,
(here insert name and title of the officer)

personally appeared __Joshua Spink__ _____,

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature __Cheryl Baldwin__ (Seal)

[Notary seal: CHERYL BALDWIN, Commission # 1402453, Notary Public - California, Fresno County, My Comm. Expires Mar 19, 2007]

Dated: 01/30/2006   _____
376-IC793175
                    (Richard Cavin, Accepting Assignment for Recover and Discover Co)

Acknowledgment of Assignment of Judgment

Case Number: IC793175          Case Name: JOSHUA SPINK v. KEVIN BARKAL MD et al

    I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.
    I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on file in my office.

NOTICE OF ENTRY OF JUDGMENT, EXECUTED ON JULY 29, 2002.****************************************************
************************************************************************************************************
************************************************************************************************************
************************************************************************************************************
************************************************************************************************************
************************************************************************************************************
************************************************************************************************************

WITNESS my hand and the seal of the court this

12TH      day of JUNE            , 2006

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

    I, **JANIS SAMMARTINO**, Judge of the Superior Court of the State of California for the County of San Diego, certify that **MICHAEL RODDY** whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

IN WITNESS WHEREOF I have hereunto set my hand this

12TH      day of JUNE            , 2006

**JANIS SAMMARTINO**
Judge of the Superior Court of the State of California
for the County of San Diego

    I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego which is a court of record having a seal, certify that the Honorable **JANIS SAMMARTINO**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

12TH      day of JUNE            , 2006

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

SDSC CIV-15J(Rev. 1-06)